**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Mark Allen JACKSON, Defendant— Appellant.**

No. 08–6825.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 23, 2008.

Mark Allen Jackson, Appellant Pro Se. Stephen P. Learned, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Allen Jackson appeals from the district court's order granting in part and denying in part his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jackson,* No. 1:99–cr–00421–1 (E.D.Va. Apr. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*